| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br>ROBERT COBHAM,<br><br>                                Plaintiff,<br><br>        -against-<br><br>NEW YORK RACING ASSOCIATION, INC., et al.,<br><br>                              Defendant.<br>-----------------------------------------------------------------X | For Online Publication Only<br>**FILED**<br>**CLERK**<br>April 19, 2022<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**ORDER**    **LONG ISLAND OFFICE**<br>22-CV-00456 (JMA) (ARL) |

**AZRACK, United States District Judge:**

       Before the Court is the <u>in forma pauperis</u> application filed by Robert Cobham ("Plaintiff"). (ECF No. 2.) For the reasons that follow, the applications to proceed <u>in forma pauperis</u> are denied without prejudice and with leave to renew upon completion of the AO 239 Long Form <u>in forma pauperis</u> application ("Long Form") attached to this Order. Alternatively, Plaintiff may remit the $402.00 filing fee.

       Plaintiff's application raises more questions than it answers. For example, plaintiff reports that he is unemployed, but that his wages are approximately $150.00 per day. (<u>See</u> ECF No. 2 at ¶¶ 2-3.) Plaintiff also reports that he is "a horseman and work[s] with an equine transportation stable on call. [he] [is] a groom at the NYRA racetrack," but, again, that he is "currently not employed." (<u>Id.</u> at 2.) Plaintiff includes that he has $1000.00 in his checking or savings account.

       Given that the responses provided by plaintiff raise more questions than they answer, plaintiff's application is denied without prejudice and with leave to renew upon completion of the long form application enclosed with this Order within twenty one (21) days from the date of this Order. Alternatively, plaintiff may remit the $402.00 filing fee. Plaintiff is warned that a failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of the Court shall mail a copy of this Order to the Plaintiff at his address of record.

**SO ORDERED.**

Dated:  April 19, 2022
    Central Islip, New York

                                                                          /s/ (JMA)
                                                         JOAN M. AZRACK
                                                         UNITED STATES DISTRICT JUDGE